UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LITTLE STARS, LLC d/b/a THE LITTLE GYM OF GILBERT, | : : |
| plaintiff, | : : |
| v. | : Civil No. 3:20-CV-00609 (AVC) |
| SENTINEL INSURANCE COMPANY, LTD., | : : : |
| defendant. | : |

## JUDGMENT

This action having come before the Court for consideration of the defendant's motion for judgment on the pleadings doc. #32, before the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the defendant's motion and the full record of the case including applicable principles of law, and having issued a ruling and order granting the motion for judgment on the pleadings on August 12, 2021, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, Sentinel Insurance Company, LTD.

Dated at Hartford, Connecticut, this 12th day of August, 2021.

ROBIN D. TABORA, Clerk

By: /s/ Renée A. Alexander
    Renée A. Alexander
    Deputy Clerk

Entered on Date: 08/12/2021